**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:

    Shawn P Murphy
    Jennifer Murphy
        Debtor(s)

Case No. 13-04762

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/08/2013.

2) The plan was confirmed on 04/19/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was completed on 03/02/2016.

6) Number of months from filing to last payment: 37.

7) Number of months case was pending: 39.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $11,000.00.

10) Amount of unsecured claims discharged without payment: $65,985.86.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $10,989.29 |
| Less amount refunded to debtor | $9.29 |
| **NET RECEIPTS:** | **$10,980.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $442.71 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,942.71** |

Attorney fees paid and disclosed by debtor:        $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ABC CREDIT & RECOVERY | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| ACS RECOVERY | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| AFFINITY CASH LOANS | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ALL CREDIT LENDERS | Unsecured | 1,500.00 | 5,955.00 | 5,955.00 | 1,231.08 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 1,000.00 | 11,847.93 | 11,847.93 | 2,449.33 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 585.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 39.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 267.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 301.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 61.00 | NA | NA | 0.00 | 0.00 |
| AUDOBON FINANCIAL | Unsecured | 1,220.00 | NA | NA | 0.00 | 0.00 |
| AURORA FINANCE LOAN | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| BERKS CREDIT & COLL | Unsecured | 672.00 | NA | NA | 0.00 | 0.00 |
| CASH JAR | Unsecured | 1,100.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 208.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 996.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 2,511.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL LTD | Unsecured | 1,800.00 | 2,323.45 | 2,323.45 | 480.33 | 0.00 |
| CREDIT SOLUTIONS CORP | Unsecured | 754.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS DISCOUNT & AUDIT | Unsecured | 109.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| DAKOTA STATE BANK | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| DEL RAY CAPITAL | Unsecured | 1,305.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICE | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| DEVON FINANCIAL SERVICES INC | Unsecured | 1,071.00 | 1,071.17 | 1,071.17 | 221.44 | 0.00 |
| DIRECTV | Unsecured | NA | 417.01 | 417.01 | 86.21 | 0.00 |
| DIVERSIFIED SERVICES GROUP | Unsecured | 171.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SERVICES GROUP | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED SERVICES GROUP | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 691.65 | 691.65 | 142.99 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPIT | Unsecured | 121.00 | NA | NA | 0.00 | 0.00 |
| EDWARD AND LINDEN OAKS HOSPIT | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| EMERGENCY TREATMENT SC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FIRST SAVINGS CREDIT CARD | Unsecured | 495.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Secured | 50.00 | 50.00 | 50.00 | 50.00 | 0.12 |
| ILLINOIS COLLECTION SERVICE | Unsecured | 71.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 233.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| METABLAZE | Unsecured | 531.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 992.00 | 992.48 | 992.48 | 205.18 | 0.00 |
| MIDWEST ORTHOPAEDIC CONSULTA | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| MRSI | Unsecured | 1,107.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL CREDIT ADJUSTERS | Unsecured | 713.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 1,420.00 | 1,453.64 | 1,453.64 | 300.51 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 2,300.00 | 1,958.72 | 1,958.72 | 404.93 | 0.00 |
| PAYDAY LOAN STORE | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PERSONAL FINANCE | Unsecured | 3,255.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP | Unsecured | NA | 1,305.00 | 1,305.00 | 269.78 | 0.00 |
| RENAISSANCE RECOVERY | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Unsecured | 107.00 | 106.90 | 106.90 | 22.10 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 625.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| RUSH COPLEY MEDICAL CENTER | Unsecured | 6,340.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 1,500.00 | 795.85 | 795.85 | 164.53 | 0.00 |
| SHORT TERM LOAN | Unsecured | 950.00 | NA | NA | 0.00 | 0.00 |
| SPOT YA | Unsecured | 685.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 163.18 | 163.18 | 33.73 | 0.00 |
| T MOBILE | Unsecured | NA | 188.79 | 188.79 | 39.03 | 0.00 |
| TEK COLLECT CORP | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| THE AFFILIATED GROUP | Unsecured | 703.00 | NA | NA | 0.00 | 0.00 |
| TITLE MAX OF ILLINOIS | Unsecured | NA | 3,158.48 | 3,158.48 | 652.96 | 0.00 |
| TITLE MAX OF ILLINOIS | Secured | 50.00 | 50.00 | 50.00 | 50.00 | 0.12 |
| VALLEY DENTAL CARE | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| VALLEY WEST COMMUNITY HOSPIT | Unsecured | 245.00 | 244.84 | 244.84 | 50.62 | 0.00 |
| WORLD ACCEPTANCE CORP | Unsecured | 600.00 | 881.82 | 881.82 | 182.30 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $100.00 | $100.00 | $0.24 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$100.00** | **$100.00** | **$0.24** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$33,555.91** | **$6,937.05** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,942.71 |
| Disbursements to Creditors | $7,037.29 |
| **TOTAL DISBURSEMENTS:** | **$10,980.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/12/2016          By: /s/ Glenn Stearns
                                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**